IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAAC A. E.,[1]

Plaintiff,

v. No. 1:25-cv-01151-KWR-LF

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on July 20, 2026, regarding the Court's June 24, 2026, order for Plaintiff to show cause (Doc. 17). Doc. 18. The PFRD recommended that Plaintiff's complaint be dismissed with prejudice for failure to prosecute unless Plaintiff filed his opening brief within fourteen days. *Id.* at 4. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* To date, Plaintiff has not filed his opening brief, and the parties have not filed any objections to the PFRD.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18) are ADOPTED;
2. Plaintiff's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE;
3. A final order is entered concurrently herewith.

/S/
UNITED STATES DISTRICT JUDGE

[1] For privacy, this order uses the initials of the last name of the plaintiff in this case.